AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

MILLER

v.

AHMAD

**JUDGMENT IN A CIVIL CASE**

Case Number: 05 C 5775

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Miller has sued Maryam Ahmad, his appointed Assistant Public Defender, for violating 42 U.S.C. § ("Section") 1983, 1985, and 1986 by conspiring with Assistant State's Attorney ("ASA") Jason Carlstedt to force Miller to accept jail time. Only Ahmad remains as a defendant in this case. For the reasons provided herein, the Court grants defendant Maryam Ahmad's motion for summary judgment [doc. 85-1]. This case is hereby terminated.

Michael W. Dobbins, Clerk of Court

Date: 1/31/2008

_____
/s/ Carole J. Gainer, Deputy Clerk